```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION

JOAN L. KUEHN,
as trustee of the Joan L.
Kuehn Inter Vivos Trust

         Plaintiff,
v.                                  Case No. 8:21-cv-109-VMC-AAS

CAMBRIDGE VILLAGE ASSOCIATION,
INC.,

         Defendant.
_____/
```

**ORDER**

This matter comes before the Court upon consideration of United States Magistrate Judge Amanda Arnold Sansone's Report and Recommendation (Doc. # 32), filed on July 16, 2021, recommending that Defendant Cambridge Village Association, Inc.'s Motion for Attorney's Fees (Doc. # 18) be denied. Neither party has objected to the Report and Recommendation, and the time to object has elapsed. (Doc. # 32 at 9).

The Court accepts and adopts the Report and Recommendation (Doc. # 32) and denies Cambridge Village's Motion for Attorney's Fees. (Doc. # 18).

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept,

1

reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). If a party files a timely and specific objection to a finding of fact by the magistrate judge, the district court must conduct a de novo review with respect to that factual issue. Stokes v. Singletary, 952 F.2d 1567, 1576 (11th Cir. 1992). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Upon due consideration of the record, the Court adopts the Report and Recommendation. The Court agrees with Judge Sansone's detailed and well-reasoned findings of fact and conclusions of law. The Report and Recommendation thoughtfully addresses the issues presented, and neither party has objected to the Report and Recommendation.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 32) is **ACCEPTED** and **ADOPTED.**

(2)  Defendant Cambridge Village Association, Inc.'s Motion for Attorney's Fees (Doc. # 18) is **DENIED**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 3rd day of August, 2021.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE